**Appeal Dismissed and Memorandum Opinion filed August 8, 2019.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-19-00350-CV

---

### JIMMY GETTINGS, Appellant

### V.

### DARLENE BOUNDS, GRADY GETTINGS, BELVA GETTINGS, CHURCH OF CHRIST, MILL ROAD, OF DURHAM, NORTH CAROLINA, CHURCH OF CHRIST OF CHAMPIONS OF HOUSTON, TEXAS DOES 1-25, Appellees

---

**On Appeal from the 189th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-02794**

---

## MEMORANDUM OPINION

This is an appeal from two orders: (1) "Order Granting Grady and Belva Gettings' Motion for Sanctions Against Plaintiff for Failure to Comply with Notice and Service of Subpoena Per Rule 21 and 21a, and for Discovery Sanctions," signed April 1, 2019; and (2) "Order on Gettings Family Defendants' No-Evidence Motion for Summary Judgment," signed April 8, 2019. The district clerk has certified that

the record below does not contain a signed final judgment.

Generally, appeals may be taken only from final judgments. *Lehmann v. Har Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). When orders do not dispose of all pending parties and claims, the orders remain interlocutory and unappealable until final judgment is rendered unless a statutory exception applies. *Bally Total Fitness Corp. v. Jackson*, 53 S.W.3d 352, 352 (Tex. 2001); *Jack B. Anglin Co., Inc. v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992) (orig. proceeding). There are no statutory provisions granting the right to appeal the interlocutory orders at issue in this case.

On June 28, 2019, we notified the parties of our intent to dismiss the appeal for want of jurisdiction unless any party filed a response in this court by July 12, 2019, demonstrating grounds for continuing the appeal. *See* Tex. R. App. P. 42.3(a). No response has been filed.

The appeal is dismissed for lack of appellate jurisdiction.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Wise and Hassan.